NICHOLAS A. TRUTANICH
United States Attorney
ALLISON REESE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel.: (702) 388-6336
allison.reese@usdoj.gov
*Attorneys for the Plaintiff*

LAW OFFICE OF TELIA U. WILLIAMS
Telia U. Williams, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel.: (702) 835-6866
telia@telialaw.com
*Attorney for the Defendant,
Melvin Brown*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00129-JCM-CWH |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| vs. | (SECOND REQUEST) |
| MELVIN BROWN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Telia U. Williams, Esq., counsel for the defendant, Melvin Brown, and Allison Reese, Esq., Assistant United States Attorney, counsel for the Government, that the Sentencing currently scheduled for September 5, 2019 at 10:00am, be vacated and reset to the *next day,* September 6, 2019 at 11:00am.

This Stipulation is entered into for the following reasons:

1. Counsel for Mr. Brown sits as a judge *pro tempore* in the Clark County Justice Court for Nevada, and is needed to preside over a docket on September 5, 2019.

2. Counsel for the Government has no objection to this continuance.

1    3. Denial of this request for continuance could result in a miscarriage of justice.

2    4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing.

3    

4    5. This is the second request for a continuance.

DATED: August 12, 2019

| LAW OFFICE OF TELIA U. WILLIAMS | NICHOLAS A. TRUTANICH<br>UNITED STATES ATTORNEY |
|---|---|
| By: */s/ Telia U. Williams* | By: */s/ Allison Reese* |
| Telia U. Williams, Esq.<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Tel.: (702) 835-6866<br>telia@telialaw.com<br><br>*Attorney for Defendant,*<br>*Melvin Brown* | Allison Reese, Esq.<br>Assistant United States Attorney<br>501 Las Vegas Boulevard South, Suite 1100<br>Las Vegas, Nevada 89106<br>Tel.: (702) 388-6336<br><br>*Attorney for Plaintiff* |

NICHOLAS A. TRUTANICH
United States Attorney
ALLISON REESE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel.: (702) 388-6336
allison.reese@usdoj.gov
*Attorney for the Plaintiff*

LAW OFFICE OF TELIA U. WILLIAMS
Telia U. Williams, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel.: (702) 835-6866
telia@telialaw.com
*Attorney for the Defendant,
Melvin Brown*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MELVIN BROWN,<br><br>Defendant. | Case No. 2:18-cr-00129-JCM-CWH<br><br>**ORDER** |

### **FINDINGS OF FACT**

Based on the Stipulation of counsel, and good cause appearing therefore, the court finds that the Stipulation by, between, and among the United States, and defendant Melvin Brown, is entered into for the following reasons:

1. Counsel for Mr. Brown sits as a judge *pro tempore* in the Clark County Justice Court for Nevada, and is needed to preside over a docket on September 5, 2019.

2. Counsel for the Government has no objection to this continuance.

3. The parties have requested the following day for the sentencing, September 6, 2019.
4. Denial of this request for continuance could result in a miscarriage of justice.
5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing.
6. This is the second request for a continuance.

**CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the defendant, Melvin Brown, the opportunity to have his counsel be fully available for his sentencing.

As such, denial of this request for continuance could result in a miscarriage of justice.

**ORDER**

IT IS HEREBY ORDERED that the sentencing currently scheduled for September 5, 2019 at 10:00 am, be continued to the 6th day of September, 2019, at 10:00 a.m.

DATED August 14, 2019.

_____
UNITED STATES DISTRICT JUDGE